[No. 20551-3-II.     Division Two.     February 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN M. BASSETT, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 95-1-00415-9, Gordon Godfrey, J., entered April 1, 1996. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Seinfeld and Hunt, JJ.

[Nos. 21816-0-II; 24016-5-II.     Division Two.     February 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALLAN CHRISTENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-03672-4, Thomas A. Swayze, Jr., J., entered February 25, 1997, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.

[No. 22187-0-II.     Division Two.     February 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY LARAY OLIVER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-03677-5, Rudolph J. Tollefson, J., entered June 25, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Hunt, J.

[No. 22388-1-II.     Division Two.     February 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS OWEN SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-04308-9, Thomas Felnagle, J., entered September 11, 1997. *Reversed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Armstrong, JJ.